UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| ORLANDO YOUNG, Petitioner | CIVIL ACTION |
|---|---|
| VERSUS | NO. 18-2527 |
| JERRY GOODWIN, Respondent | SECTION: "E" (5) |

# ORDER

Before the Court is Petitioner Orlando Young's Petition for Writ of Habeas Corpus complaint pursuant to 28 U.S.C. § 2254.[1] On May 7, 208, Respondent Jerry Goodwin filed a response to the petition.[2] This matter was referred to the United States Magistrate Judge, who issued a Report and Recommendation on October 23, 2018.[3] The period for objections ended on November 6, 2018, with no objections filed. The Court, having considered the complaint, the record, the applicable law, and the magistrate judge's Report and Recommendation, finds the magistrate judge's findings of fact and conclusions of law are correct. The Court hereby approves the United States Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Petitioner Orlando Young's application for habeas corpus relief be and hereby is **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, on this 28th day of November, 2018.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 1.
[2] R. Doc. 6.
[3] R. Doc. 26.